# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PAUL CLAYTON FURR, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1450

_____

May 13, 2026

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.